But before he honors Stephen Hawker, for a few years now, he was a member of the Civil Liberation Movement's Association of the Deaf. This case concerns a fundamental failure to address the in-meaning spirit of the movement, which is to encourage the students to look beyond the basis of their spiritual horizons and to consider alternative solutions. The basic objective is to move forward in environmental justice. I mean, this question that we posed in the New Order of Judicature tour, even the talk that we had in response to that question, is it easier by nature to near-contrast better Now, we've seen here a few new assessments that have been made since the project's inspiration in 2014. So, based on this theory, it has to be a real intervention that's already expired based on an environmental system that's no longer under him. And I'm wondering, what would be his best work in fashion? The procedural monster. We know that it's such a beautiful work. There are two pieces to our response. First of all, the government has the authority to take actions. Now, in the current contract review that was before this contract was issued in February and March, to address the deficiencies in the analysis. And it could, at a place in particular, it's better to consider alternatives, including a practical one, which would reduce or deny the contract requirement entirely. As we've put it down in our brain, the EPA is key. It's interesting to suggest to me that the EPA, which is the EPA's representative, will be taking the profits of this interpretation. For example, there's a course where the EPA and the EPA's representative have said that a project review that is specifically repealed in the part of the 1956 recommendation, which constraints the discretion of the nation with respect to public authorities, and says that Congress should not be standing in support of it. And I can hear what you're saying, but I don't think you're answering my question. I think that's a really narrow and focused question. I think that this is obviously an innovation that was written in the context of a contract that's already expired. I see an environmental assessment that is no longer an alternative. What this new Congress, what is about to expire in March of this year, was based on a different environmental assessment. And the contract that will begin in March is going to have to be based on a new environmental assessment. And that's the nature of our courts. What courts did you want to support today? To invalidate a contract that's possibly been to effect in 2016? I just don't understand what it is that you're asking me to support. Okay. In our preliminary review, we made two points. The first thing was that where has there been coordinated teams, the authority to address the issues represented in the future with respect to the future Congress? And it's really not clear to me what the fact in this case is. It's a recurring issue in this. If the government assumes that it cannot consider reducing the contract requiring it to not receive the incomes, both the art and the reason on the document itself goes to fundamental flaws in its approach. Are we hearing in the two years, how is it possible for the players to secure a reading from our community experience? And how do we break the order? What is the order going to direct the government to do? And what is that order? And how does that start in the current existence? And are you asking us to suspend the operation of those contracts and then change some further direction or any agency? What is it that the order is going to direct the government to do? And we believe, as the record shows, this was true to all of the schools and people that we are asking for in the order declaring the law to be as follows. Number one, there's a significant release of reclamation from this prior constraint that constitutes reclamation and requiring a re-approval of contracts at the same party. That is what we want. Because here we have a process where the government compares the project to itself and finds its way into itself. It's a ludicrous evasion of the legal process. And the second thing we're requesting is that the government's insistence that we have to do this on the delivery area, the service area of the contractor, which is benefiting from the delivery of water, rather than in the original area, which includes the calculation of the waste. The hint from the 1.2 measure to me is it's deferred from the document. It's not reserved. It needs to be sustained. It receives contaminated groundwater that flows from the irrigation system. The government said in its letter that they didn't even deliver any water because of the drought and the shortages and overuse it's been experiencing. So there have been fluctuations in water deliveries apparently. There are situations in which the storage provision in the contract provides narrow and very narrow solutions to part of the problem. So what's the water problem? It's less water. So if there's a shortage that's an issue of delivering water because just the irrigation system is a problem in my mind, if there hasn't been the delivery of water because there's not enough water to meet all the needs, then what is the support order going to do to fight that? Is it going to try to keep it at a low and try to separate existence out of what we have? Will it supply more water? Can we store more water? Is it going to do that? All right. So we have a few different criteria. It's just going to be water. You're going to see a few different criteria. It's going to be used in public. It's going to be used in private. When you're using it, it's going to be used for water and it's going to be used for water. If you go back three years, it's going to be a permitting site that shows that it's been flying years. It's going to be used in public. I wonder if you could elaborate a little bit on that. That's a great question. I mean, of course, I can see that you're not interested in talking about it. It's a transfer. There's laws that are flying because there are flying years and other years, and all that's off. It's just a standard. I mean, first and foremost, it's a choice that the firehose could be a choice, and because of the unforeseen variation, perhaps, in the time that's used between flying years and water years, the governments need to examine alternatives. It's highly important. In fact, it's one of the sources that I think is both prominent and unrealistic. It's one of the remaining areas of surveying factors here is that because we are losing our ability to be sloppy, it is all the more important to take a very careful and intensive exercise of the full power of tools, objects, and people. And that's all we're saying is, if it's up there, you can put it in your baggage list. Well, first of all, you need to be a good, solid researcher. So, in order that you're as good as you can be, you could direct a federal recommendation to do a new water needs assessment before they renew any further measures. It's not what you're asking us to do. So, you need to use authority to do so. And, yes, you know, one of the things that we want to order is that you continue to write in a word that's intelligible. If you call and say, yes, I think the fact that it has been out there for many, many centuries, it's reflected that there's over 100,000 years of lack of service to the retirement age. So, that's part of the table. It's 80% of the time. And, of course, as we said, it's not going to fit in the same statutes as if you do a water needs assessment at 25%. So, that's a very non-compliant requirement. So, because the 25% is in reference to the plan of retirement, which is the scope of it. And, of course, in the 1996 document, 70,000 acres will be retired. We were just beginning to understand that the auctions bill now is going down to 100,000 years of being retired. That's 12 times 70,000. Yet, we still want that water needs assessment. And, that's the reason why we're trying to understand why the government should not do it. It seems that water needs assessment has many ways of making better decisions. It's fully informed. And, if we put it out there, it's doing it in front of an independent statement or a better EA, at least. Will it enable the government to make the informed decision that the group requires? That's all we're asking is a simple reason. So, we're asking for more than maybe one extension of all water criteria as well. The needs assessment is being committed as well. Okay. And, you're right. Until we solve that need, I'm afraid I'm going to leave. And, we put it out on our website. But, of course, we ask for corrections and support in regards to the fundamental flaws that pervade the government's need. And, it just keeps getting closer and closer. And, you have a provision that says that, essentially, the cruisers may be renewed. But, all this is a measure of community acceptance. Yes. And, it has doubled the parallel requirement in the same Section 3404C that directs the government to first conduct an appropriate environmental review.  one of the reasons why Congress used the term, in my opinion, is because it could not, in its discipline for me, direct the government to revise whether appropriate environmental review had been conducted. And, over the water, the Congresswoman's water, in this case, in the HLAA, several slips north of Oregon here, is that, after appropriate environmental review, there would be a committee meeting, which would be here in the EIS, and we would request that the SEP, in a formal review, constantly review for each of these contract renewals. Now, in the law, what this means is, once one of these reviews is conducted, other reviews can care to be the same. We have the same conditions, aerobics for some species, aerobics in terms of distributing it around water sources, water and so on. But, in the past, during 20 years, certainly, the tyrannies, the problem that we've had there was, the bottom line for an environmental program in the EIS, it was the government receiving a meeting, all together, and overall, in the industry, back in 2009, specifically, they combined that contract renewals, that require some kind of site-specific and project-specific reviews, and one of the reasons is that, in these reviews here, when you apply water to the EIS contaminated with saline, and you're looking for the results to be balanced, the result is, it would seem, supposedly, that although we were putting greater price on the nature of species, we were very clear to the question, supercritical question, which was, how do we find correctly that our cross-cultures are so rejection? And, how do we deal with this? Is that a good thing? Yes. Do you think you are, to some extent, creating the wrong cultures, and creating your own cultures, rather than their culture? Yes. How is this? It's a lot of different questions. If we were to create this year, what should we say to the general reporter, that should have created your culture, so rejection, because the, the media didn't want to be involved with the context of the study. I think, the problem with the programming today, is that the report always has to be included, in our circumstances. And, in these cases, our circumstances are, that certain final laws, in the way that we run the studies, in these cultural communities, were changed, as well as, are being altered. I think there is a, importance, I think, that we can do, to talk about, how do we fix the problem, or, or, or, and, and, and, and, and, and, and, and, and, and, and, and,     and, and, and, and,   And I think that we don't need to practice, the chloroplasty, pull out, what I will do is put the titles, this one is for me in the trial court following, the same columns and persists, and the trial court's direct when the novice, purpose for schooling. It would be very helpful reason to support, substance in expansion, constructive instruction. We all have to do the same things in the government, we have to break the rules for the, the court computers for us. This is the, the 2012 pictures. That's true, but it's, it's something that I can't escape. Because, in both the committees, for a lot of contracts, I'm the first to bring the law school board, or the board of commuters, or community education. You simply end up here, two or three years, four years later, and you have the same issue, with the, with the problem here, the public interest issue, that is recurring in the nation, because the, the Congress is ruling for two years. That book is inherently, tends to evade, the far-reaching, kind of, personalism, that's essential in this case. And, it is clear to me, in my opinion, that, it's an intention for, for various other institutions, but, in the current situation, it is, and there are a lot more, and there's a lot more to be done, than you can expect, I think. So, there are, there are facts on there, that are, that are a situation, that are a problem, that we have to, that we have to find, we have to figure out, what we're going to do, and, what's the best solution, that we can find. Well, first of all, my intuition, over a few, is much, more discretionary, in our, our prospects for success, would be far less, and, so, where we're from, we would have to wait, until the species was, at least, in its original shape. And, I don't think it's medical remedy, to just say, well, sometimes, there's just too much of this. And, it's, it's inevitable, to give this to us, in any recurrent way. So, that would be, a very reasonable answer, that, we talk as a modern animal. So, I believe so. And, moreover, I think the issues, that we bring, will continue, in the future, as this, this medical model, will have, for years, and years, and years, and years, and, years, and years, and years, and years. And we have, as you can see, a lot of people who have a lot of people
judges: Silverman, Fisher, Tallman